## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE BESTMAN**<br>*Plaintiff,*<br><br>         v.<br><br>***CITY OF PHILADELPHIA***<br>*Defendant.* | **CIVIL ACTION NO. 25-709** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 17th day of April, 2025, upon consideration of the City of Philadelphia's Motion to Dismiss (ECF 8), Plaintiff's response thereto (ECF 10), and the City's reply (ECF 12), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that the City's Motion (ECF 8) is **GRANTED without prejudice**. Plaintiff shall have fourteen (14) days from the date of this Order to file an amended complaint and must plead specific facts showing that the City is plausibly liable under Monell and how Plaintiff was injured by the Monell violation.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-709 Bestman v City of Phila\25cv709 Order re MTD.docx