## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE BESTMAN**<br>*Plaintiff,*<br><br>v.<br><br>**CITY OF PHILADELPHIA**<br>*Defendant.* | **CIVIL ACTION NO. 25-709** |

### ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 1st day of July 2026, upon consideration of the City of Philadelphia's Motion for Summary Judgment (ECF 41), Plaintiff's Response in Opposition (ECF 47), and the City's reply (ECF 49), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that the City's Motion (ECF 41) is **DENIED**.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-709 Bestman v City of Phila\25cv709 Order re MSJ.docx